IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| MICHAEL ANDERSON, JR., | ) NO.: 17-27740 |
| | ) |
| Debtor, | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: TIMOTHY A. BARNES |
| | ) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON February 15, 2018 at 09:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes, U.S. Bankruptcy Judge, 219 S. Dearborn St., Chicago, Illinois 60604, room 744, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on February 1, 2018, with proper postage prepaid.

McCalla Raymer Leibert
Pierce, LLC

Kinnera  Bhoopal
/s/Kinnera  Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. BK-005375-17

## **NOTICE OF MOTION ADDRESSES**

To Trustee:  *by Electronic Notice through ECF*
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604

To Debtor:
Michael Anderson, Jr.  *Served via U.S. Mail*
2607 E 83RD ST
Chicago, IL 60617

To Attorney:  *by Electronic Notice through ECF*
Brian l Atlas, Esq.
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. BK-005375-17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| MICHAEL ANDERSON, JR., | ) NO.: 17-27740 |
| | ) |
| Debtor, | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: TIMOTHY A. BARNES |
| | ) |

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 2607 E 83th St, Chicago, Illinois 60617 be Modified stating as follows:

1. On September 15, 2017, the above captioned Chapter 13 was filed.

2. On December 14, 2017, the above captioned Chapter 13 was confirmed.

3. Seterus, Inc., as authorized subservicer for Fannie Mae services the first mortgage lien on the property located at 2607 E 83th St, Chicago, Illinois 60617.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Seterus, Inc., as authorized subservicer for Fannie Mae. Post-petition payments are $989.74.

5. The post-petition mortgage payments are due and owing for October 01, 2017. The default to Seterus, Inc., as authorized subservicer for Fannie Mae is approximately $4,689.96 through January 2018, including attorney's fees and costs of this motion.

6. The plan is in material default.

7. Seterus, Inc., as authorized subservicer for Fannie Mae continues to be injured each day it remains bound by the Automatic Stay.

8. Seterus, Inc., as authorized subservicer for Fannie Mae is not adequately protected.

9. The property located at 2607 E 83th St, Chicago, Illinois 60617 is not necessary for the Debtor's reorganization.

10. The Debtor has no equity in the property for the benefit of unsecured creditors. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 2607 E 83th St, Chicago, Illinois 60617, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Seterus, Inc., as authorized subservicer for Fannie Mae to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By: /s/Kinnera Bhoopal
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com