UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-27740 |
| MICHAEL ANDERSON, JR., | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Seterus, Inc., the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED that the automatic stay in the case is modified and leave is hereby granted to Seterus, Inc., from pursuing nonbankruptcy remedies with respect to the property located at: 2607 E 83th St, Chicago, Illinois 60617.

Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Any Claims and/or Stipulations filed by Seterus, Inc., are vacated.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 22, 2018

**Prepared by:**