UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-27740 |
| Michael Anderson, Jr | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER VACATING ORDER FOR PAYROLL CONTROL

This cause coming to be heard on the Motion of the Debtors to vacate docket entry number 11, entered on September 18, 2017, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given, IT IS HEREBY ORDERED:

1. That the Order for Payroll Control, docket entry number 11, entered on September 18, 2017 is hereby VACATED.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 10, 2018

**Prepared by:**